34726.   HANCOCK *v.* THE STATE.

Decided September 18, 1953.

744

745

*Hicks & Culbert,* for plaintiff in error.

*Chastine Parker, Solicitor,* contra.

GARDNER, P. J. We have set out the evidence somewhat in detail. It is insufficient as a matter of law to convict the defendant.

*Judgment reversed. Townsend and Carlisle, JJ., concur.*